IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE MEYERS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:09-cv-02256 |
| | § | |
| v. | § | |
| | § | |
| PIONEER EXPLORATION, LLC, | § § | |
| Defendant. | § | |

### UNOPPOSED MOTION TO WITHDRAW
### AND FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant Pioneer Exploration, LLC ("Pioneer") and requests that this Court allow Howard L. Close, Harvey G. Brown, Jr., and Kathleen S. Rose, of the Wright Brown & Close LLP firm in Houston, Texas to withdraw as its counsel in this case and permit the substitution of W. Clark Lea, State Bar No. 12069690, S.D. Federal ID 16592, with the law firm of Cotton, Bledsoe, Tighe & Dawson, P.C., 500 W. Illinois, Suite 300, Midland, Texas 79701, to proceed as counsel for Pioneer. The substitution of counsel is not sought for delay, nor will it cause any disruption in the progress of this case. All parties and counsel approve of this substitution of counsel.

WHEREFORE, PREMISES CONSIDERED, Defendant Pioneer Exploration, LLC prays that this Court permit the withdrawal of Howard L. Close, Harvey G. Brown, Jr., and Kathleen S. Rose as its counsel, and permit the substitution of W. Clark Lea as its attorney of record.

Respectfully Submitted,


/s/ Howard L. Close
Howard L. Close
S.D. Federal ID No.: 13362
Texas Bar No. 04406500
Harvey G. Brown, Jr.
Texas Bar No. 03130500
S.D. Federal ID No.: 3178
Kathleen S. Rose
S.D. Federal ID No.: 21222
Texas Bar No.: 00798473
Wright Brown & Close LLP
Three Riverway, Suite 600
Houston, Texas 77056
Tel. (713) 572-4321
Fax. (713) 572-4320
close@wrightbrownclose.com
brown@wrightbrownclose.com
rose@wrightbrownclose.com

**ATTORNEYS FOR DEFENDANT PIONEER EXPLORATION LLC**

**AGREED AND ACCEPT REPRESENTATION OF PIONEER EXPLORATION LLC.:**

/s/W. Clark Lea
W. Clark Lea
State Bar No: 12096960
SD Federal ID No. 16592
Cotton, Bledsoe, Tighe & Dawson, P.C.
500 W. Illinois, Suite 300
Midland, Texas  79701
(432) 684-5782
(432) 682-6872 (Fax)
clea@cbtd.com

## CERTIFICATE OF CONFERENCE

  I hereby certify that an attorney for each party in this case was contacted and they did not oppose the relief sought in this Motion.

            /s/W. Clark Lea
            W. Clark Lea

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 16th day of November 2009, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Mr. Jeremi K Young
The Young Law Firm
112 W. 8th Avenue, Suite 900-D
Amarillo, Texas 79101

                                        /s/Howard L. Close
                                        Howard L. Close