UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE EDWARD MEYERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-2256 |
| | § | |
| PIONEER EXPLORATION, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendant's unopposed motion to withdraw and for substitution of counsel (Dkt. 7) is GRANTED.  It is therefore ORDERED that Howard L. Close, Harvey G. Brown, Jr. and Kathleen S. Rose of the Wright, Brown & Close, LLP firm are hereby WITHDRAWN as counsel for defendant.  It is further ORDERED that W. Clark Lea of the law firm of Cotton, Bledsoe, Tighe & Dawson, PC is SUBSTITUTED in as lead counsel.

Signed at Houston, Texas on November 18, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY